AO 93 (Rev. 11/13) Search and Seizure Warrant



CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 17 2018
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 4:18-mj-00075
)
The premises of 248 Banner Street )
Danville, Virginia 24541 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Virginia____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before ____June 24, 2018____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____The Honorable Joel C. Hoppe____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 06/11/2018 ~~0:00 am~~ 1:27 pm                    *Judge's signature*

City and state: Charlottesville, Virginia                    The Honorable Joel C. Hoppe, U.S. Magistrate Judge
                                                             *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 4:18-mj-00075 | Date and time warrant executed: 6/14/2018 6:00 AM | Copy of warrant and inventory left with: Latasha Brandon |//

**Return**

Case No.: 4:18-mj-00075

Date and time warrant executed: 6/14/2018 6:00 AM

Copy of warrant and inventory left with: Latasha Brandon

Inventory made in the presence of: Latasha Brandon

Inventory of the property taken and name of any person(s) seized:

See Attached

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/17/2018

_Executing officer's signature_

Matthew K. Heise, Special Agent
_Printed name and title_

Received in chambers by reliable electronic means and sworn and attested to by telephone on July 17, 2018.

U.S. Magistrate Judge

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-RH-2172137

On (date) 6/14/2018

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Latasha Brandon
(Street Address) 248 Banner Street
(City) Danville, VA 24541

Description of Item(s): ① Olympus Pearlcorder J500 Microcassette Recorder w/ Tape; ② HP Pink laptop S/N: 5CD51743GT; ③ HP Blue laptop S/N: 5CD7462RGD; ④ Five (5) Cartridges labeled FP, Luger, 9mm; ⑤ Small Plastic bag containing green leafy substance; ⑥ Plastic bag containing green leafy substance; ⑦ Thirty-one (31) Cartridges labeled 40 s&w, WIN in plastic trey w/ packaging; ⑧ One (1) Cartridge labeled RP, Luger, 9mm, One (1) Cartridge labeled FC, 9mm, Luger, Three (3) Cartridges labeled Hornady, 40 s&w, Three (3) Cartridges labeled S&W 40, in plastic trey; ⑨ Nineteen (19) Cartridges labeled WIN, 9mm Luger, in Winchester Cardboard box; ⑩ Forty-five (45) cartridges labeled RP Luger, 9mm in plastic tray, w/ packaging ⑪ 4 Glock magazines 3 with ammo, 1 without, 28 rounds total

MKH 6/14/2018